# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SHELDON SMITH,<br><br>  Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendant. | Case No. 16-cv-04653-BLF<br><br>**ORDER TO SHOW CAUSE WHY EXPERIAN INFORMATION SOLUTIONS, INC. SHOULD NOT BE DISMISSED** |

On March 23, 2017, the Court granted Defendant Experian Information Solutions, Inc.'s motion to dismiss Plaintiff's first amended complaint with leave to amend on or before April 13, 2017. *See* Order Granting Defendant Experian's Motion to Dismiss First Amended Complaint with Leave to Amend, ECF 66. When Plaintiff did not file an amended pleading within the time provided, the Court issued an Order to Show Cause why Experian should not be dismissed. Order to Show Cause, ECF 67. Plaintiff timely responded, informing the Court that Plaintiff had reached settlement with Experian and that the parties expected to dismiss the action within thirty days. Response to Order to Show Cause, ECF 70; Notice of Settlement, ECF 69. More than thirty days has elapsed and Plaintiff has neither filed a notice of dismissal nor indicated that additional time is necessary to finalize the settlement. Plaintiff is hereby ordered to show cause in writing and on or before June 29, 2017 why the Court should not dismiss Experian. If Plaintiff fails to respond within the time provided, the Court will presume that Plaintiff has resolved all claims against Experian and will issue an order dismissing Experian without further notice.

**IT IS SO ORDERED.**

Dated: June 15, 2017

                                    _____
                                    BETH LABSON FREEMAN
                                    United States District Judge